UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TAE KIM,

                      Plaintiff,

       - against -

MAJOR AUTOMOTIVE GROUP, MAJOR WORLD, HAROLD BENDEL, CHRIS OSIRIS and ADAM COHEN,

                      Defendants.

14-cv-03840 (CBA)(MDG)

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the undersigned attorneys of record for the Plaintiff, Tae Kim, and the undersigned attorneys for the Defendants, Major Automotive Group, and Harold Bendell, and Adam Cohen, that no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, the Plaintiff's complaint is hereby discontinued, with prejudice, without cost to any party as against the other.

Dated Bohemia, New York
      July 26, 2016

Harfenist Kraut & Perlstein LLP

By:_____
Steven Harfenist, Esq.
*Attorneys for Defendants (except Defendant Osiris)*
3000 Marcus Avenue 2nd Fl., East
Lake Success, New York 11042
Tel. 516-355-9600
Email: sharfenist@hkplaw.com

ZABELL & ASSOCIATES, P.C

By:_____
Saul Zabell
*Attorney for Plaintiff*
1 Corporate Drive, Suite 103
Bohemia, New York 11716
Tel. 631-589-7242
Email: SZabell@laborlawsny.com